UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DUSTIN RAY KNIGHT DILL,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:21-cv-00014 |
| **M. JONES,** | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 27) recommending that the Court deny as moot Defendant's Motion for Summary Judgment (Doc. No. 18) and dismiss this case without prejudice for failure to prosecute. No objections have been filed. If there are no objections, the district court is not required to review the R&R *de novo*, and should "adopt the magistrate's findings and rulings to which no specific objection is filed." Benson v. Walden Sec., No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018) (citing Thomas v. Arn, 474 U.S. 140 (1985)); see also Frias v. Frias, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019).

The Court has nonetheless reviewed the R&R and the file in accordance with Rule 72 of the Federal Rules of Civil Procedure. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. No. 27) is **APPROVED** and **ADOPTED**. Defendant's Motion for Summary Judgment (Doc. No. 18) is **DENIED AS MOOT**, and this action is **DISMISSED WITHOUT PREJUDICE**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE